UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ESPRIT STONES PRIVATE LIMITED,**

    **Plaintiff,**

v.                                                   Case No: 6:19-cv-637-Orl-41LRH

**RIO STONE GROUP INC and BANK
OF AMERICA, N.A.,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant Rio Stone Group, Inc's ("Rio Stone") Unopposed Motion to Vacate Judicial Default and Clerk Default and to Allow Late Filing of Defendant's Answer ("Motion," Doc. 61). United States Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation (Doc. 62), in which she recommends that the Court grant Rio Stone's Motion, vacate the March 11, 2020 Order (Doc. 59) in which the Court directed the Clerk to enter default against Rio Stone, and order Rio Stone to file its answer to the Second Amended Complaint (Doc. 49). (Doc. 62 at 7).

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendant Rio Stone's Unopposed Motion to Vacate Judicial Default and Clerk Default and to Allow Late Filing of Defendant's Answer (Doc. 61) is **GRANTED**.

2. The Report and Recommendation (Doc. 62) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

3. The Court's March 11, 2020 Order (Doc. 59) is **VACATED**.

4. The Clerk is directed to vacate the default entered against Rio Stone.

5. **On or before April 16, 2020**, Rio Stone is directed to file its answer to the Second Amended Complaint. Failure to do so may result in the imposition of sanctions, including the re-imposition of default, without further notice.

**DONE** and **ORDERED** in Orlando, Florida on April 2, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record